**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, ISRAEL & SHARTLE L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108
Telephone: (312) 504-3485
jschultz@sessions.legal

Attorneys for Defendant,
Convergent Outsourcing, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. LAWRENCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No: 2:22-cv-00749-CDS-VCF<br><br>**JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUESTED EXTENSION** |

NOW COMES defendant Convergent Outsourcing, Inc. ("COI") by and through undersigned counsel, and plaintiff Michael E. Lawrence, by and through undersigned counsel, pursuant to Local Rule IA 6-1, hereby jointly stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint on May 11, 2022;

WHEREAS, Defendant COI's deadline to respond to Plaintiff's Complaint is June 2, 2022;

WHEREAS, due to the recent retention of counsel, COI's counsel needs additional time to investigate and prepare a response to the Complaint and/or explore whether the matter can be quickly resolved;

WHEREAS, Plaintiff has agreed to give Defendant COI up through and including June 16, 2022, in which to respond to Plaintiff's Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties;

WHEREAS, this stipulation is not entered into for any improper purpose or to delay and is the first request for extension by Defendant COI;

THEREFORE, Plaintiff and COI hereby stipulate and agree that COI may have up through June 16, 2022 in which to respond to Plaintiff's Complaint.

| | |
|---|---|
| */s/ Kevin L. Hernandez* <br> Kevin L. Hernandez, Esq. <br> Law Office of Kevin L. Hernandez <br> 8920 W. Tropicana Ave., Suite 101 <br> Las Vegas, Nevada 89147 <br> Telephone: (702) 563-4450 <br><br> Counsel for Plaintiff, <br> Michael E. Lawrence | */s/James K. Schultz* <br> James K. Schutlz, Esq. <br> Sessions, Israel & Shartle, LLP <br> 1550 Hotel Circle North, Ste. 260 <br> San Diego, CA 92108 <br> Telephone: (312) 504-3485 <br><br> Counsel for Defendant, <br> Convergent Outsourcing, Inc. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-3-2022 _____