Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. LAWRENCE, an individual;<br><br>Plaintiff;<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:22-cv-00749-CDS-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Plaintiff, Michael E. Lawrence ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Equifax, with Plaintiff and Equifax bearing their own attorneys' fees and costs incurred in this action.

///

///

///

///

///

///

Dated: November 21, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: November 21, 2022

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
gmarina@clarkhill.com
***Attorney for Defendant Equifax Information Services, LLC***

## **ORDER**

Based on the parties' stipulation [ECF No. 20], and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant EQUIFAX INFORMATION SERVICES, LLC are DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Cristina D. Silva

Dated: November 21, 2022